No. 526. THE PEOPLE v. TEXIDOR.—Appeal from the District Court of Guayama. Decided January 22, 1913. Judgment appealed from of September 20, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 518. THE PEOPLE v. QUIÑONES.—Appeal from the District Court of San Juan, Section 2. Decided January 22, 1913. Judgment appealed from of October 14, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 524. THE PEOPLE v. NIEVES.—Appeal from the District Court of San Juan, Section 2. Decided January 22, 1913. Judgment appealed from of October 23, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 369. EX PARTE CAMPILLO.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 23, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 99. GUILLOT v. CÓRDOVA, DISTRICT JUDGE.—Petition for a writ of *certiorari* to the District Court of San Juan, Section 1. Decided January 28, 1913. Writ of *certiorari* denied because the facts alleged in the petition did not show the applicability of the remedy sought. *Mr. Hugh R. Francis* for petitioner. The defendant did not appear.